■ In the Matter of ANN MARIE FOWLER, an Attorney, Resignor. [847 NYS2d 487]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Nov. 27, 2007.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KURTIS BROWN, Appellant. [847 NYS2d 894]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Martoche, Centra, Peradotto and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL JONES, Appellant. [847 NYS2d 894]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Smith, Centra, Lunn and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMION SAULTERS, Appellant. [847 NYS2d 894]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Martoche and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MARVIN FORSYTHE, Respondent. [847 NYS2d 894]—Motion for writ of error coram nobis denied. Present—Martoche, J.P., Smith, Lunn, Fahey and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL C. WILLIAMS, Appellant. [847 NYS2d 894]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Gorski, Martoche and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL JUNE, Appellant. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL JUNE, Appellant. (Appeal No. 2.) [847 NYS2d 894]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Smith, Centra and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELA DOZIER, Appellant. [847 NYS2d 894]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Gorski and Green, JJ.

■ In the Matter of COUNTY OF ERIE et al., Petitioners, v STATE OF NEW YORK PUBLIC EMPLOYMENT RELATIONS BOARD et al., Respondents. [849 NYS2d 188]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Lunn, Peradotto and Green, JJ.